**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

JOHN A. ADAMS and JOYCE E.
ADAMS, *et al.*,

*and*

BELLAS DOMAS, L.P., *et al.*,

Plaintiffs, **File Nos. 96-699C & 98-826C (consolidated) (Judge Damich)**

v.

THE UNITED STATES

Defendant.

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order of April 13, 2006, the parties respectfully submit the following Joint Status Report to inform the Court on how they propose to proceed in this matter.

This case, along with more than 250 related suits before the Court of Federal Claims involving over 600 plaintiffs, is currently the subject of settlement discussions that have been ongoing between the parties for over a year pursuant to the Court's Alternative Dispute Resolution ("ADR") Pilot Program. In connection with these proceedings, a settlement conference will be held among counsel for the parties before Judge Marian Blank Horn commencing on May 8, 2006. The parties are hopeful that a proposed settlement agreement encompassing the claims asserted in all of the related cases, including this one, will be reached as a result of with that conference.

As a result, the parties jointly propose that the Court similarly issue a further stay in this case until June 1, 2006, in order to permit the parties to continue their efforts to reach a resolution of this matter before continuing with further proceedings in this matter.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: April 24, 2006

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Kenneth S. Kessler**

KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 7026
Washington, D.C. 20530
Telephone: (202) 305-7562
Facsimile: (202) 305-7643

*Attorneys for Defendant*