**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

BELLAS DOMAS, et al.,

Plaintiff,

**Case No. 98-826C**
**(Chief Judge Damich)**

v.

THE UNITED STATES

Defendant.

**JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL**

Plaintiff, Patrick W. Stewart, As Trustee Under The William A. Stewart Testamentary Trust, and defendant, the United States, hereby stipulate, pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, that plaintiff's claims with respect to the property Stewart Apartments, Spicer B are voluntarily dismissed without prejudice and with each party to bear its own costs and fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

JERRY W. SNIDER, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: May 31, 2007

KENNETH KESSLER
Shalom Brilliant
Michael S. Dufault
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 616-0313
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: 5-18-07